B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

In re: ANN TWINETTE BICKHAM  Case No. 16-13090

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust | U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 9459

Court Claim # (if known): 1-1
Amount of Claim: $21,945.89
Date Claim Filed: 02/07/2017

Phone: (800) 401-6587
Last Four Digits of Acct. #: 1962

Name and Address where transferee payments should be sent (if different from above):
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 9459

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Arvind Nath Rawal
    AIS Portfolio Services, LP as agent      Date: 04/14/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| Case Name: | ANN TWINETTE BICKHAM | ) ) ) ) | Case No. Judge: Chapter: | 16-13090 MEREDITH S. GRABILL 13 |
|---|---|---|---|---|

### CERTIFICATE OF SERVICE

PLEASE BE ADVISED that on 04/14/2021 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2)(the "Bankruptcy Rules"), U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust filed Transfer of Claim.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and any and all applicable Bankruptcy Rules.

I hereby certify that on 04/14/2021 a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid.

Debtor:
ANN TWINETTE BICKHAM
265 MOCKINGBIRD LN.,
SLIDELL, LA 70459

I hereby certify that on 04/14/2021 a copy of this Notice and all attachments on the following by Electronic Notification via CM/ECF and/or other Electronic Notification:

Trustee:
S J BEAULIEU JR
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

Debtor's counsel:
ATTORNEY AT LAW
ROBIN R DELEO
800 RAMON ST,
MANDEVILLE, LA 70448

All Parties in Interest
All Parties requesting Notice

By: /s/ Arvind Nath Rawal
Arvind Nath Rawal, AIS Portfolio Services, LP as agent
Transferee/Transferee's Agent